UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
:
JOSEPH GUGLIELMO, *on behalf of himself and all* : 
*others similarly situated*, :
: 19-CV-11637 (JMF)
Plaintiff, :
: ORDER
-v- :
:
GRENSON USA LTD., :
:
Defendant. :
:
------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On April 29, 2020, Plaintiff filed a proposed order to show cause and supporting papers. ECF Nos. 14-18.  The Court will treat these documents as a motion for default judgment pursuant to Rule (J) of the Court's Individual Rules and Practices in Civil Cases.  Plaintiff shall promptly file proof of service of these documents on Defendant, as required by the Court's prior Order at ECF No. 19.

      SO ORDERED.

Dated: May 6, 2020
       New York, New York

                                                          JESSE M. FURMAN
                                               United States District Judge