UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------x
JOSEPH GUGLIELMO, on behalf of himself and all others
similarly situated,

                                               Civil Action No:
                                               1:19-cv-11637

                     Plaintiff,


     -v.-

GRENSON USA LTD.,


                     Defendants.
------------------------------------------------------------------------x

## NOTICE OF SETTLEMENT

      Please take notice that parties have settled the above-referenced case.  This settlement is

contingent upon the execution of a written settlement agreement.  The case will be dismissed by

Plaintiff upon completion of specified conditions, in no more than 60 days from the date of this

notice.  Please vacate all currently scheduled dates in this matter.


DATED, this 26th day of May, 2020

                                        */s/David Force*
                                        David Force, Esq.
                                        **Stein Saks, PLLC**
                                        285 Passaic Street
                                        Hackensack, NJ 07601
                                        Ph: 201-282-6500
                                        dforce@steinsakslegal.com

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on May 26, 2020 with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*/s/ David Force*
David Force, Esq.